UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA

16 Cr. 406 (MKB)

-against-

RICKY VARGAS,

Defendant.

-------------------------------------------------------------------- x

**SUPPLEMENTAL SENTENCING
MEMORANDUM FOR DEFENDANT
RICKY VARGAS**

MICHAEL HUESTON, ESQ.
*Attorney for Defendant*
16 Court Street, Suite 1800
Brooklyn, New York 11241
(718) 246-2900

Dated:      Brooklyn, New York
            September 25, 2018

**SUPPLEMENTAL SENTENCING
MEMORANDUM FOR DEFENDANT
RICKY VARGAS**

**<u>STATEMENT</u>**

With the Court's permission, defendant Ricky Vargas places before the

Court the following issues relating to his appropriate sentence.

Please find attached at Exhibits 3 and 4 letters from Mr. Vargas and letters

in support.  Both concern his appropriate sentence.

Dated:      Brooklyn, New York
            September 25, 2018

Respectfully submitted,


_____s/_____
MICHAEL HUESTON, ESQ.
*Attorney for Defendant Ricky Vargas*
16 Court Street, Suite 1800
Brooklyn, New York 11241
(718) 246-2900